STATE OF NEW JERSEY v. GEORGE GERSTOFER.

March 27, 1984.

Petition for certification denied.   (See 191 *N.J.Super.* 542)

STATE OF NEW JERSEY v. GEORGE GERSTOFER.

March 27, 1984.

Cross-Petition for certification denied.   (See 191 *N.J.Super.* 542)

STATE OF NEW JERSEY v. RICHARD JOSEPH STARK.

March 27, 1984.

Petition for certification denied.

ARMANDO CAMPOS v. THE FIRESTONE TIRE & RUBBER COMPANY.

March 27, 1984.

Petition for certification granted.   (See 192 *N.J.Super.* 251)